**Order entered November 25, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01227-CV

**RODOLFO ESPINOSA LUA AND ANEL LUA, Appellants**

**V.**

**CAPITAL PLUS FINANCIAL, LLC, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-02051-C**

## ORDER

By postcard dated October 9, 2019, we directed court reporter Janet E. Wright to file, within thirty days, the reporter's record, written verification no hearings were recorded, or written verification appellants had not requested the record. To date, Ms. Wright has not complied. Accordingly, we **ORDER** Ms. Wright to file either the reporter's record or requested written verification no later than December 16, 2019.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Wright and the parties.

/s/     BILL WHITEHILL
         JUSTICE